FILED
DISTRICT OF WYOMING
CHEYENNE

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

'96 JUN 12 AM 10 00

CLERK

| | |
|---|---|
| RAMON CASTANEDA and ELVIA CASTANEDA, individually and on behalf of their of their son RAMON CASTANEDA, JR., MARIO CASTILLO, and ANITA CASTILLO, individually and on behalf of their son OSCAR CASTILLO, JUAN GARZA, MARIA ISABEL GARZA, MARCELINO GONZALEZ, NORMA GONZALEZ, JOSE LUIS MARTINEZ and ADELAIDA MARTINEZ, | ANSWER OF DEFENDANT BIG HORN COUNTY  96 CV 099 |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES OF AMERICA, et al., | |
| Defendant. | |

COMES NOW the Defendant Big Horn County, by and through its attorney M. Scott McColloch, and answers Plaintiffs' Complaint as follows:

1. Defendant Big Horn County is without information to form a belief as to the truth of the averments contained in paragraphs, 1, 2, 3, 4, 5, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, and therefore denies same.

2. Defendant Big Horn County admits the allegations contained in paragraphs 6, 7, 8, 9, 22, 23, 24.

WHEREFORE, Defendant Big Horn County prays that the Plaintiffs take nothing by virtue of their Complaint filed herein, for Defendant Big Horn County's costs and attorney's fees incurred herein and for such other, further and different relief as the Court deems just.

Dated this 10th day of June, 1996.

*M. Scott McColloch*
M. Scott McColloch
Attorney for Defendant
Big Horn County

## CERTIFICATE OF MAILING

I hereby certify that I served a copy of the foregoing Answer on Plaintiffs by placing a true and correct copy thereof in the United States Mail, postage prepaid addressed to R. Daniel Fleck, Lawyers & Advocates for Wyoming, P.O. Box 548, Jackson, Wyoming, 83001, on the 10th day of June, 1996.

*M. Scott McColloch*
M. Scott McColloch
Attorney for Defendant
P.O. Box 111
Greybull, WY 82426