**ORIGINAL**

FILED
DISTRICT OF WYOMING
CHEYENNE

97 APR 23 PM 3 59

CLERK

Lou Ann Cloy
Robert Schuster
LAWYERS AND ADVOCATES FOR WYOMING
15 South Jackson Street
Post Office Box 548
Jackson, Wyoming 83001
(307) 733-7290

And

Mark J. Murphy
142 S. Main St.
Drawer G
Sheridan, WY 82801

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| RAMON CASTANEDA, et al<br>　　　　Plaintiffs,<br>vs.<br><br>THE UNITED STATES OF<br>AMERICA, et al<br>　　　　Defendants | Civil No. 96-CV-099-D |

## JOINT MOTION TO DISMISS

COME NOW the above parties, by and through their attorneys, and move the Court to dismiss all claims, complaints, crossclaims and causes of action reflected therein by and between the plaintiffs and each of the defendants in the above action with prejudice for the reason that the same have settled. Each party is to pay his, her or its own costs and fees.

DATED this 23rd day of April, 1997.

_____
Lou Ann Cloy
Attorney for Plaintiffs
P.O. Box 548
Jackson, WY 83001

_____
Stuart Day
Attorney for Big Horn County
145 South Durbin, Suite 300
Casper, WY 82601

_____
Steve McGraw
Attorney for U.S. and Individual
Federal Officers
P.O. Box 7146
Washington, D.C. 20044

_____
Bruce Willoughby
Attorney for Individual County
Officers
123 W. 1st St., Suite 800
Casper, WY 82601

_____
Tom Nicholas
Attorney for Professional Liability Insurance
1720 Carey Ave., Suite 200
Cheyenne, WY 82003