FILED
U.S. DISTRICT COURT
'97 APR 29 PM 4 35
DISTRICT OF WYOMING
CASPER
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RAMON CASTANEDA, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 96-CV-099 |
| ) | |
| THE UNITED STATES ) | |
| OF AMERICA, et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The above-captioned matter comes before the Court on the parties' Joint Motion to Dismiss with Prejudice. The Court, having reviewed the motion and being fully advised in the premises finds that good cause has been shown to grant the parties' motion.

THEREFORE, it is

**ORDERED**, that the parties' Joint Motion to Dismiss is hereby **GRANTED** and this case is hereby dismissed with prejudice as to all parties. It is further

**ORDERED**, that each party is to pay his/her or its own fees and costs.

DATED this _29th_ day of April, 1997.

United States District Judge

ENTERED
ON THE DOCKET
4-29-97
(Date)
Betty A. Griess, Clerk
by _____